## JUSTMAN FREIGHT LINES, INC., Appellant

v.

## UNITED STATES POSTAL SERVICE, Appellee.

### No. 2015–1373.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

David Paul Hendel, Husch Blackwell LLP, Washington, DC, argued for appellant. Also represented by Steven Allen Neeley, Jr.

Eric John Singley, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Bryant G. Snee.

LOURIE, O'MALLEY, and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**